**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, INC., and NEXT INSURANCE US COMPANY, | ) ) ) ) |
| Petitioners, | ) ) |
| v. | ) ) |
| | ) CASE NO.: 1:24-cv-00421-AT |
| JEREMY SKIDMORE, HOLLY SKIDMORE, EARNEST LEE, SRP RENTALS, INC., SPIDER JUMP USA, INC., SOLID ROCK PRODUCTIONS, INC., TRUE AMERICAN CLASSIC, INC., NEO KHANG, Individually, and as Employee of EARNEST LEE, | ) ) ) ) ) ) ) ) |
| Respondents. | ) ) |

**NOTICE OF SETTLEMENT**

COME NOW Petitioner State National Insurance Company, Inc., Petitioner Next Insurance US Company, Respondent Jeremy Skidmore, Respondent Holly Skidmore, Respondent Earnest Lee, Respondent SRP Rentals, Inc., Respondent Spider Jump USA, Inc., Respondent Solid Rock Productions, Inc., and Respondent True American Classic, Inc. and state that this case has settled. The Parties will file a stipulation of dismissal with prejudice of this lawsuit upon execution of a Settlement Agreement and Release.

1

Respectfully submitted, this 6th day of June, 2024.

                                        COPELAND, STAIR, VALZ & LOVELL, LLP

| | |
|---|---|
| 191 Peachtree Street NE, Suite 3600<br>P.O. Box 56887 (30343-0887)<br>Atlanta, Georgia 30303-1740<br>Phone: 404-522-8220<br>Fax: 404-523-2345<br>rdixon@csvl.law<br>jemory@csvl.law | By:  <u>*/s/ Jena G. Emory*</u><br>      RYAN D. DIXON<br>      State Bar No.: 859300<br>      JENA G. EMORY<br>      State Bar No.: 178454<br><br>      *Attorneys for Petitioner State National Insurance Company, Inc. and Petitioner Next Insurance US Company* |

                                        THE LAW OFFICE OF JORDAN K. VAN MATRE, P.C.

| | |
|---|---|
| 18 Atlanta Street, Suite 300<br>McDonough, Georgia 30253<br>Phone: 678-759-2427<br>jordan@jvm-law.com | By:  <u>*/s/ Jordan K. Van Matre*</u><br>*(with express permission by Jena G. Emory)*<br>      JORDAN K. VAN MATRE<br>      State Bar No.: 867176<br><br>      *Attorney for Respondents* |

## **LOCAL RULE 7.1(D) CERTIFICATION**

The undersigned certifies that this pleading has been prepared with Times New Roman font size 14 approved by Local Rule 5.1B.

This 6th day of June, 2024.

                                                  COPELAND, STAIR, VALZ & LOVELL, LLP

| | | |
|---|---|---|
| 191 Peachtree Street NE, Suite 3600<br>P.O. Box 56887 (30343-0887)<br>Atlanta, Georgia 30303-1740<br>Phone: 404-522-8220<br>Fax: 404-523-2345<br>rdixon@csvl.law<br>jemory@csvl.law | By: | */s/ Jena G. Emory*<br>RYAN D. DIXON<br>State Bar No.: 859300<br>JENA G. EMORY<br>State Bar No.: 178454<br><br>*Attorneys for Petitioner State National Insurance Company, Inc. and Petitioner Next Insurance US Company* |

3

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing pleading with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties indicated on the electronic filing receipt, addressed as follows:

| | |
|---|---|
| Jordan K. Van Matre<br>The Law Office of Jordan K. Van Matre, P.C.<br>18 Atlanta Street, Suite 300<br>McDonough, Georgia 30253<br>jordan@jvm-law.com<br>*Attorney for Respondent Jeremy, Respondent Holly, Respondent Lee, Respondent SRP, Respondent Spider Jump, Respondent Solid Rock, and Respondent True American* | Neo Khang<br>1586 Pacific Street<br>Saint Paul, Minnesota 55106<br>*Respondent in Default* |

This 6th day of June, 2024.

COPELAND, STAIR, VALZ & LOVELL, LLP

191 Peachtree Street NE, Suite 3600
P.O. Box 56887 (30343-0887)
Atlanta, Georgia 30303-1740
Phone: 404-522-8220
Fax: 404-523-2345
rdixon@csvl.law
jemory@csvl.law

By:  */s/ Jena G. Emory*
RYAN D. DIXON
State Bar No.: 859300
JENA G. EMORY
State Bar No.: 178454

*Attorneys for Petitioner State National Insurance Company, Inc. and Petitioner Next Insurance US Company*

4